UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 15-226(2)(DSD/TNL)

United States of America,

        Plaintiff,

v.  **ORDER**

Bessie Marie Anderson,

        Defendant.

    Laura M. Provinzino, United States Attorney's Office, 300 South 4th Street, Suite 600, Minneapolis, MN 55415, counsel for plaintiff.

    Shannon R. Elkins, Office of the Public Defender, 300 South Fourth Street, Suite 107, Minneapolis, MN 55415, counsel for defendant.

This matter is before the court upon the motion to reconsider by defendant Bessie Anderson. Specifically, Anderson seeks a lower sentence than that imposed by the court on April 8, 2015. In doing so, Anderson relies on the same arguments made to the court before sentencing. The government opposes the motion.

The court has carefully considered the pre-sentence investigation report and the parties' pre-sentence submissions, statements made at the sentencing hearing, and post-sentencing briefing. Based on the complete record, the court concludes that reconsideration of the sentence is not warranted. The sentence imposed is appropriate and reasonable in light of the considerations set forth in 18 U.S.C. § 3553(a). In determining

the sentence, the court has taken into account the nature and circumstances of the instant offense, as well as Anderson's history and characteristics. The court finds that the sentence imposed is sufficient, but not greater than necessary, to reflect the seriousness of the offense, promote respect for the law, provide just punishment, protect the public, and afford adequate deterrence to future criminal conduct.

Accordingly, **IT IS HEREBY ORDERED** that the motion to reconsider [ECF No. 104] is denied.

Dated: April 13, 2016.

s/David S. Doty
David S. Doty, Judge
United States District Court